Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA TARR, | ) Case No. 2:10-cv-03240-MCE -GGH |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| NATIONAL ACTION FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 16th day of February, 2011.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 16th day of February, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 16th day of February, 2011, via the ECF system to:

Honorable Morrison C. England, Jr.
Judge of the United States District Court
Eastern District of California

Copy sent via mail on this 16th day of February, 2011, to:

Paul F. Labaki, Esq.
National Action Financial Services, Inc.
165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14221


By: s/Todd M. Friedman
      Todd M. Friedman